7, 1914.) In the matter of the application of, the Board of Water Supply, on behalf of the City of New York, to acquire real estate under chapter 724 of the Laws of 1905, and the acts amendatory thereof, etc.

PER CURIAM. Motion granted, and questions certified as follows: First. In determining the value of an established business under section 42, chapter 724, of the Laws of 1905, as amended by section 9, chapter 314, of the Laws of 1906, should interest upon the capital used in the business, whether real or personal property, be charged as an expense against the gross profits? Second. In determining the value of an established business under said section 42, should the value of the services of the proprietor and the members of his family in the business be charged as an expense? Third. In determining the value of a farm boarding house business under said section 42, should the market value of the farm produce consumed by the boarders be charged as an expense? Fourth. In the trial of a claim for damages to an established business under said section 42, is the city of New York entitled to prove any circumstances in abatement of such damages which will tend to mitigate or lessen them? Fifth. Assuming the claimants, Bishop Bros., conducted a summer boarding and livery business upon a farm not owned by them, but owned by their mother, and whose boarders were nonresidents of the county of Ulster, which farm and the buildings thereon were condemned and acquired by the city of New York under the provisions of chapter 724 of the Laws of 1905, as amended by chapter 314 of the Laws of 1906, and that their mother was awarded the value of the farm and buildings and received the award, was the summer boarding house and livery business, conducted by the claimants on the property, an established business within the meaning of the said acts, and can the claimants prosecute a claim for its decrease in value, if any such decrease there be? See, also, 159 App. Div. 279, 144 N. Y. Supp. 373.

---

BODETTE, Appellant, v. FOSTER-ARMSTRONG CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Nelson Bodette against the Foster-Armstrong Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 116 N. Y. Supp. 504; 137 App. Div. 931, 123 N. Y. Supp. 1107.

LAMBERT, J., dissents.

---

BOHUNY, Respondent, v. SODEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by Karl Bohuny against Frank B. Soden.

PER CURIAM. Judgment and order of the County Court of Kings County affirmed, with costs.

JENKS, P. J., and THOMAS, J., dissent.

---

BOTYAN, Respondent, v. TONAWANDA BOARD & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Peter Botyan against the Tonawanda Board & Paper Company.

PER CURIAM. Judgment modified, by striking out the amount included as interest upon the verdict, and, as so modified, the judgment and the order are affirmed, but with the costs of this appeal to the respondent, as the judgment could have been corrected upon motion as not in accordance with the verdict. Motion to appeal denied, 145 N. Y. Supp. 1114.

ROBSON, J., not sitting.

---

BOTYAN, Respondent, v. TONAWANDA BOARD & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Peter Botyan against the Tonawanda Board & Paper Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 145 N. Y. Supp. 1114.

---

BRAHENY, Appellant, v. NEW YORK RYS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Margaret Braheny against the New York Railways Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRAUN, Appellant, v. BUFFALO GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Charles Braun, as administrator, etc., against the Buffalo General Electric Company. No opinion. Motion for a reargument denied, with $10 costs.

---

BRENNAN, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Ethel Brennan, as administratrix, etc., against the Interborough Rapid Transit Company. C. J. Earley, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

BRINK, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by John Brink against the Crosstown Street Railway Company of Buffalo and another. No opinion. Judgment and order affirmed, with costs.

---

BROOKS v. BJERKEN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Lillian Brooks against Frans O. Bjerken. No opinion. Application denied, with $10 costs. Order signed.

---

BROWN v. GENERAL DROP FORGE CO. (Supreme Court, Appellate Division,